CHARLES L. PEDERSEN, APPELLANT, v. DONALD SCHULTZ, APPELLEE.

176 N. W. 2d 917

Filed May 8, 1970. No. 37337.

Robert E. Paulick, for appellant.

Arthur C. Mayer, for appellee.

Heard before WHITE, C. J., CARTER, SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

PER CURIAM.

Plaintiff appeals after return of a jury verdict for him, filing of an alternative motion by defendant for

judgment notwithstanding the verdict or a new trial, and rendition of judgment nothwithstanding the verdict. The judgment is affirmed. For affirmance: White, C. J., and Carter and Newton, JJ. For reversal and remand for a new trial: Spencer and Boslaugh, JJ. For reversal and remand with directions to render judgment on the jury verdict: Smith and McCown, JJ.

AFFIRMED.